AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 MAR 11 PM 2: 45
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES OF AMERICA

V.

TAMAYA DENNARD

**NOTICE**

CASE NUMBER: 1:20-cr-00042

TYPE OF CASE:

☐ CIVIL   ☑ CRIMINAL

☑ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| POTTER STEWART UNITED STATES COURTHOUSE<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO | Courtroom #5, Room 701 |
| | DATE AND TIME |
| | 3/16/2020 at 1:30 PM |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT ON INDICTMENT BEFORE MAGISTRATE JUDGE STEPHANIE K. BOWMAN (PREVIOUSLY SET FOR PRELIMINARY HEARING)

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

RICHARD W. NAGEL, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

3/11/2020
DATE

(BY) KEVIN MOSER, DEPUTY CLERK

TO:

COUNSEL
USMS
PRETRIAL SERVICES
PROBATION