IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20cr42 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | **ORDER** |
| Tamaya Dennard | : | |
| Defendant. | : | |

The defendant has entered a plea of not guilty in this case.  To eliminate unnecessary motions and delays, the Court hereby establishes the following schedule with which the parties must comply.

**I.  TRIAL DATE**

- Trial will begin on **May 26, 2020 at 9:30 a.m.**

- The Final Pretrial Conference is scheduled for **May 5, 2020 at 10:00 a.m.** Trial counsel and defendant must appear in person at this conference.

**I.  DISCOVERY**

- Upon request, discovery must be provided to Counsel pursuant to Federal Rule of Criminal Procedure 16 within **14 days of this Order.**

- If at any time after Defendant's initial request, any party fails to comply with Rule 16, such failure shall be brought to the attention of the Court by specific motion to compel discovery.  Motion to compel shall be filed within one week from the date of a party's denial of the request.

I.  MOTIONS, INCLUDING MOTIONS FOR CONTINUANCE

- All motions of any kind by the government or the defendant must be filed within **30 days of the date of this Order.** All briefs opposing a motion shall be filed no later **than 7 days** of the date the motion was filed. Reply briefs will not be filed. The moving party must state in the heading of the motion whether an evidentiary hearing is requested. If requested, the party requesting the hearing must provide reasons supporting this request in the motion or response.
- Any motion for continuance must be made in writing **at least 5 days before the scheduled Final Pretrial Conference**, shall set forth those factors listed in 18 U.S.C. § 3161(h) which the movant contends support the motion.
- More than one motion for continuance—except in extraordinary cases—**will not be viewed favorably** and will necessitate a hearing before the Court.

I.  PLEA NEGOTIATIONS AND PLEA AGREEMENT

Plea negotiations between the parties' counsel shall be commenced as soon as practicable. The parties shall notify the Court promptly if a plea agreement is reached, and a change of plea hearing will be scheduled.

**IT IS SO ORDERED**.

Dated: March 17, 2020                S/Susan J. Dlott_____
                                     Judge Susan J. Dlott
                                     United States District Court