0AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,

Case Number: 1:20cr42

V.

Judge Susan J. Dlott

Tamaya Dennard

## NOTICE

**TAKE NOTICE** that the SENTENCING in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #7 (Room 117) |
| | DATE AND TIME |
| | November 10, 2020 at 10:30 A.M. |

SPECIAL INSTRUCTIONS:

1. Any sentencing memorandum may be filed no later than 28 days prior to sentencing;
2. If such memorandum is filed, the opposing side may file a memorandum in opposition no later than 21 days prior to sentencing;
3. Motions under U.S.S.C. § 3553(e) or U.S.S.C. §5K1.1 must be filed at least 14 days prior to sentencing.

RICH NAGEL, CLERK

 s/William Miller 
William Miller
Case Manager
(513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.