UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAMAYA DENNARD,<br><br>Defendant. | CASE NO. 1:20-CR-42<br><br>JUDGE DLOTT<br><br>**ORDER CHANGING TIME OF SENTENCING HEARING** |

This matter is before the Court on Government's *Unopposed Motion to Change Time of Sentencing Hearing*, from 10:00 a.m. on November 24, 2020 to 1:30 p.m. on November 24, 2020.

Upon consideration of the Government's unopposed motion, the Court grants the motion and hereby schedules the defendant's sentencing hearing for November 24, 2020 at 1:30 p.m.

_Nov 18, 2020_
DATE

_Susan J. Dlott_
HONORABLE SUSAN J. DLOTT
UNITED STATES DISTRICT COURT JUDGE